

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00508-CV

_____

USAA CASUALTY INSURANCE COMPANY, Appellant

V.

JAMES HAMILTON AND JENNIFER HAMILTON, Appellees

On Appeal from the 415th District Court
Parker County, Texas
Trial Court No. CV19-1960

Before Walker, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered the parties "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 19, 2024